UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIEN LOGISTICS LLC and PROGRESSIVE
PREFERRED INSURANCE COMPANY,

                Plaintiffs,

      v.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER Z178311-007NTL,

                Defendants.

**ORDER**

22-cv-3002 (ER)

RAMOS, D.J.:

At a status conference on March 16, 2023, Plaintiffs informed the Court that Progressive Preferred Insurance Company ("Progressive") was contemplating withdrawing from the case as co-plaintiff due to a disagreement with Adrien Logistics LLC ("Adrien"). The Court directed the parties to return on April 19, 2023, having decided whether Progressive would withdraw its claims, and further directed the parties to submit a scheduling order.

On April 10, 2023, counsel for Adrien sought to withdraw as counsel, and the Court heard the matter at the April 19, 2023 case management conference. *See* Doc. 35. On April 19, 2023, the Court granted the motion to withdraw as attorney and ordered Adrien to retain new counsel by no later than May 19, 2023. Doc. 36. The Court's order specified that "[f]ailure of new counsel to enter an appearance by that date may result in adverse action, including dismissal of this case for failure to prosecute." *Id.* To date, no new counsel has entered an appearance for Adrien.

Accordingly, Adrien is hereby ORDERED to appear for a telephonic conference on August 3, 2023 at 10:30 AM, so that it may show cause why the Court should not dismiss this

case pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.  Adrien is directed to call (877) 411-9748 at that time and enter access code 3029857, followed by the pound (#) sign.


It is SO ORDERED.


Dated:   July 14, 2023
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.